

AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

BRIMSTONE STEAK, Inc., f/k/a BBW, Inc
d/b/a/ Elliot's Diner, BIG BAD WOLF
Plaintiff,

V.

DAVID RANSBURG, ERIC TURNER, JIM ARDIS
SONNI WILLIAMS & CITY OF PEORIA
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  06-1187

TO: (Name and address of Defendant)

Mr. David Ransburg
509 E. High Point Road
Peoria, IL 61614

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RICHARD L. STEAGALL,
Nicoara & Steagall
416 Main Street, Suite 815
Peoria, IL 61602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                              7/25/06

CLERK                                                          DATE

s/clerk

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

AO 440 (Rev. 10/93) Summons in a Civil Action



# UNITED STATES DISTRICT COURT

CENTRAL  District of  ILLINOIS

BRIMSTONE STEAK, Inc., f/k/a BBW, Inc
d/b/a/ Elliot's Diner, BIG BAD WOLF
Plaintiff,

SUMMONS IN A CIVIL CASE

V.

DAVID RANSBURG, ERIC TURNER, JIM ARDIS
SONNI WILLIAMS & CITY OF PEORIA
Defendants.

CASE NUMBER: 06-1187

TO: (Name and address of Defendant)

Eric Turner, Deputy Liquor Commissioner of City of Peoria
C/O Mary Haynes, City Clerk at City Hall
419 Fulton Street, Suite 207
Peoria, IL 61602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RICHARD L. STEAGALL,
Nicoara & Steagall
416 Main Street, Suite 815
Peoria, IL 61602

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters

7/25/06.

CLERK                                                                  DATE

s/Clerk

(By) DEPUTY CLERK
AO 440 (Rev. 10/93) Summons in a Civil Action



AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| CENTRAL | District of | ILLINOIS |

BRIMSTONE STEAK, Inc., f/k/a BBW, Inc
d/b/a/ Elliot's Diner, BIG BAD WOLF
       Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

DAVID RANSBURG, ERIC TURNER, JIM ARDIS
SONNI WILLIAMS & CITY OF PEORIA
       Defendants.

CASE NUMBER:  06-1187

TO: (Name and address of Defendant)

Sonni Williams, Assistant Corporation Counsel
Legal Department
419 Fulton Street, Suite 207
Peoria, IL 61602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RICHARD L. STEAGALL,
Nicoara & Steagall
416 Main Street, Suite 815
Peoria, IL 61602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters

7/25/06

CLERK                                                     DATE

s/Deputy Clerk
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action



AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

BRIMSTONE STEAK, Inc., f/k/a BBW, Inc
d/b/a/ Elliot's Diner, BIG BAD WOLF
Plaintiff,

V.

DAVID RANSBURG, ERIC TURNER, JIM ARDIS
SONNI WILLIAMS & CITY OF PEORIA
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-1187

TO: (Name and address of Defendant)

Jim Ardis, Mayor City of Peoria
C/O Mary Haynes, City Clerk at City Hall
419 Fulton Street, Suite 207
Peoria, IL 61602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RICHARD L. STEAGALL,
Nicoara & Steagall
416 Main Street, Suite 815
Peoria, IL 61602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                                         7/25/06

CLERK                                                     DATE

( s/Clerk

(By) DEPUTY CLERK
AO 440 (Rev. 10/93) Summons in a Civil Action



AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__CENTRAL__ District of __ILLINOIS__

BRIMSTONE STEAK, Inc., f/k/a BBW, Inc
d/b/a/ Elliot's Diner, BIG BAD WOLF
Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

DAVID RANSBURG, ERIC TURNER, JIM ARDIS
SONNI WILLIAMS & CITY OF PEORIA
Defendants.

CASE NUMBER:   06-1187

TO: (Name and address of Defendant)

City of Peoria
C/O Mary Haynes, City Clerk at City Hall
419 Fulton Street, Suite 207
Peoria, IL 61602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RICHARD L. STEAGALL,
Nicoara & Steagall
416 Main Street, Suite 815
Peoria, IL 61602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters

CLERK

s/C. Lambie

(By) DEPUTY CLERK

DATE   7/25/06

AO 440 (Rev. 10/93) Summons in a Civil Action