## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| BRIMSTONE STEAK, INC., ) | |
| f/k/a BBW, INC.. d/b/a ELLIOT'S DINER, ) | |
| BIG BAD WOLF, INC.  ) | |
|  ) | |
| Plaintiff,  ) | |
|  ) | |
| v.  ) | Case No. 06-1187 |
|  ) | |
| DAVID RANSBURG, former Mayor &  ) | |
| Liquor Commissioner of the City of  ) | |
| Peoria, in His Individual Capacity,  ) | |
| ERIC TURNER, Deputy Liquor  ) | |
| Commissioner of the City of Peoria  ) | |
| in His Individual and Official Capacities,  ) | |
| JIM ARDIS, present Mayor & Liquor  ) | |
| Commissioner of the City of Peoria,  ) | |
| in His Individual and Official Capacities,  ) | |
| SONNI WILLIAMS, Assistant Corporation  ) | |
| Counsel of the City of Peoria, in Her  ) | |
| Individual and Official Capacities, and  ) | |
| the CITY OF PEORIA, A Political Subdivision  ) | |
| of the State of Illinois,  ) | |
|  ) | |
| Defendants.  ) | |

**MOTION FOR EXTENSION OF TIME**

NOW COME Defendants DAVID RANSBURG, ERIC TURNER in his official capacity, JIM ARDIS in his official capacity, SONNI WILLIAMS in her official capacity, and the CITY OF PEORIA by their attorney CORPORATION COUNSEL RANDALL RAY, and for their Motion for Extension of Time in Which to Answer or otherwise plead to the above-captioned matter, state as follows:

1.  The above-captioned Defendants were served with Summons on July 26, 2006.

2.  Due to the apparent complexity of the matter, these Defendants need additional time in which to prepare proper responses to the Complaint.

      3.      Defendants' attorney has called the attorney for the Plaintiff on August 11 and August 14, 2006; as of this filing, Plaintiff's attorney has not returned the phone call.

      4.      This Motion will not delay the proceedings inasmuch as Defendants ERIC TURNER in his individual capacity, JIM ARDIS in his individual capacity, and SONNI WILLIAMS in her individual capacity have not yet been served with summons.

WHEREFORE, Defendants pray that they be granted an extension until September 6, 2006 in which to respond to the above-captioned Complaint.

> Respectfully submitted,
> David Ransburg, Eric Turner, Jim Ardis,
> Sonni Williams, in their Official Capacities,
> and the City of Peoria, Defendants
>
> By    /s/ Randall Ray
>       Corporation Counsel

CITY OF PEORIA
Office of Corporation Counsel
Randall Ray  #2226
419 Fulton, Suite 207
Peoria, IL  61602
PH:  (309) 494-8592
Fax:  (309) 494-8559
email:  rray@ci.peoria.il.us

## CERTIFICATE OF SERVICE

  I hereby certify that on August 14, 2006, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

    Richard L. Steagall
    Nicorara & Steagalll
    416 Main, Suite 815
    Peoria, IL  61602-1103
    PH:  (309) 674-6084
    nicsteag@mtco.com

    Gary L. Morris
    Attorney at Law
    411 Hamilton Blvd., Suite 1512
    Peoria, IL  61602
    glmorris@sbcglobal.net

        /s/ Randall Ray
        RANDALL RAY
        CORPORATION COUNSEL
        Attorney for Defendants