E-FILED
Wednesday, 06 September, 2006  01:55:30 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BRIMSTONE STEAK, INC., <br> f/k/a BBW, INC.. d/b/a ELLIOT'S DINER, <br> BIG BAD WOLF, INC. <br><br>              Plaintiff, <br><br>              v. <br><br> DAVID RANSBURG, former Mayor & <br> Liquor Commissioner of the City of <br> Peoria, in His Individual Capacity, <br> ERIC TURNER, Deputy Liquor <br> Commissioner of the City of Peoria <br> in His Individual and Official Capacities, <br> JIM ARDIS, present Mayor & Liquor <br> Commissioner of the City of Peoria, <br> in His Individual and Official Capacities, <br> SONNI WILLIAMS, Assistant Corporation <br> Counsel of the City of Peoria, in Her <br> Individual and Official Capacities, and <br> the CITY OF PEORIA, A Political Subdivision <br> of the State of Illinois, <br><br>              Defendants. | Case No. 06-1187 |

**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED OR, IN THE ALTERNATIVE, TO ABSTAIN IN LIGHT OF PENDING PARALLEL STATE PROCEEDINGS**

Now come Defendants, with the exception of Defendant SONNI WILLIAMS in her individual capacity, by their attorney CORPORATION COUNSEL RANDALL RAY, and for their Motion to Dismiss for Failure to State a Claim Upon Which Relief may be Granted, under Rule 12(b)(6) of the Federal Rules of Civil Procedure, state as follows:

1.   The actions against Defendants ARDIS, TURNER and WILLIAMS in their official capacity are redundant, the CITY OF PEORIA having also been sued.

2.   The only one of these Defendants who need be subject to any injunctive relief for issuance of a liquor license is Defendant ARDIS, the Mayor and Local Liquor Commissioner for the City of Peoria.

3. Defendants RANSBURG, ARDIS and TURNER are absolutely immune from liability in their roles as City Liquor Commissioner and Deputy Liquor Commissioner. Their role is quasi-judicial and Local Liquor Commissioners in Illinois have been found to enjoy absolute immunity on the basis of quasi-judicial immunity and all allegations against these Defendants are limited to their role as Liquor Commissioner.

4. Plaintiff BIG BAD WOLF, INC. is neither a necessary party, as alleged in Paragraph 5 of the Complaint, nor does it have standing to seek damages for any alleged failure to issue a liquor license to Plaintiff BRIMSTONE STEAK, INC., as alleged in Paragraph 23.

5. At the time the above-captioned Complaint was filed, there was pending in the Circuit Court of the Tenth Judicial Circuit of Illinois, Peoria County, Case No. 05-MR-279, which was a Complaint for Administrative Review filed by the City of Peoria for review of a decision by the Illinois Liquor Control Commission relative to the Plaintiff's application.

6. That decision, a decision of the Illinois Liquor Control Commission had remanded the application "to permit the applicant to present additional/supplemental information to the Local Liquor Commissioner so that the Local Liquor Commissioner may reconsider the application." On August 21, 2006, the Circuit Court issued an Order, dated August 17, 2006, finding that the decision of the Illinois Liquor Control Commission was not a final and appealable Order.

7. As a result of that Order, the matter is back before the Local Liquor Commissioner, Defendant Jim Ardis, for his review, the City having determined that it would not appeal the Circuit Court's decision to the Third District Appellate Court.

8. The proceedings heretofore held before the Local Liquor Commissioner, the State Liquor Control Commission, and the Circuit Court are parallel actions to the above-captioned Complaint.

9. Because entitlement to a liquor license is a matter of State and local law, this Court should abstain from ruling upon Plaintiff's Complaint during the pendency of the State proceeding on the Plaintiff's liquor license application.

WHEREFORE these Defendants pray that the Complaint be dismissed or, in the alternative, that this Court abstain from ruling in light of pending parallel State proceedings.

                Respectfully submitted,
                David Ransburg, Eric Turner, Jim Ardis,
                Sonni Williams in her Official Capacity,
                and the City of Peoria, Defendants


By_____/s/ Randall Ray_____
        Corporation Counsel

CITY OF PEORIA
Office of Corporation Counsel
Randall Ray  #2226
419 Fulton, Suite 207
Peoria, IL  61602
PH:  (309) 494-8592
Fax:  (309) 494-8559
email:  rray@ci.peoria.il.us

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 6, 2006, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

    Richard L. Steagall
    Nicorara & Steagall
    416 Main, Suite 815
    Peoria, IL  61602-1103
    PH:  (309) 674-6084
    nicsteag@mtco.com

    Gary L. Morris
    Attorney at Law
    411 Hamilton Blvd., Suite 1512
    Peoria, IL  61602
    glmorris@sbcglobal.net

    /s/ Randall Ray
    RANDALL RAY
    CORPORATION COUNSEL
    Attorney for Defendants