UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BRIMSTONE STEAK, INC., f/k/a/BBW, Inc. d/b/a/ Elliot's Diner, BIG BAD WOLF, INC. | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 06-1187 |
| DAVID RANSBURG, former Mayor & Liquor Commissioner of the City of Peoria, in His Individual Capacity, ERIC TURNER, Deputy Liquor Commissioner of the Cit of Peoria in His Individual and Official Capacities JIM ARDIS, present Mayor & Liquor Commissioner of the City of Peoria, in His Individual and Official Capacities, SONNI WILLIAMS, Assistant Corporation Counsel of the City of Peoria, in Her Individual and Official Capacities, and the CITY OF PEORIA, a Political Subdivision of the State of Illinois, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE
TO DEFENDANTS' MOTION TO DISMISS ON OCTOBER 6, 2006**

Now come the Plaintiffs, BRIMSTONE STEAK, INC. f/k/a/BBW, Inc. d/b/a/ Elliot's Diner, and BIG BAD WOLF, INC., by RICHARD L. STEAGALL, their attorney, and move the court to enter the following order for the reasons set forth below:

1. Plaintiff's counsel had unanticipated matters arise in the completion of discovery by the October 2, 2006 deadline in *Barmann v. May*, U.S. Bankruptcy Court, C.D.Ill. Case No. 06-9009

2.	He was then required to take depositions to meet the court imposed deadline for responding to a motion for summary judgment in a civil rights case he took over from the pro se plaintiff on September 29, 2006. *Davis v. City of Bloomington*, C.D.Ill. Case No. 05-1038.

3.	He asks the court for leave to file the response by October 6, 2006

**WHEREFORE,** Plaintiffs, BRIMSTONE STEAK, INC. f/k/a/BBW, Inc. d/b/a/ Elliot's Diner, and BIG BAD WOLF, INC., pray the Court enter an Order extending the time for filing Plaintiff's Response to Defendants' Motion to Dismiss to and including October 6, 2006

Respectfully submitted,

s/Richard L. Steagall
RICHARD L. STEAGALL,
Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on **October 2, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Randall P. Ray
Corporate Counsel
City of Peoria
419 Fulton, Suite 207
Peoria, IL 61602

 

                                        s/Richard L. Steagall
                                        RICHARD L. STEAGALL
                                        Attorney for the Plaintiff
                                        Nicoara & Steagall
                                        Commerce Building
                                        416 Main Street, Suite 815
                                        Peoria, IL 61602
                                        Tel:  (309) 674-6085
                                        Fax:  (309) 674-6032
                                        nicsteag@mtco.com