UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| BRIMSTONE STEAK, INC., | ) | |
| f/k/a/BBW, Inc. d/b/a/ Elliot's Diner, | ) | |
| BIG BAD WOLF, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-1187 |
| | ) | |
| DAVID RANSBURG, former Mayor & | ) | |
| Liquor Commissioner of the City of | ) | |
| Peoria, in His Individual Capacity, | ) | |
| ERIC TURNER, Deputy Liquor | ) | |
| Commissioner of the Cit of Peoria | ) | |
| in His Individual and Official Capacities | ) | |
| JIM ARDIS, present Mayor & Liquor | ) | |
| Commissioner of the City of Peoria, | ) | |
| in His Individual and Official Capacities, | ) | |
| SONNI WILLIAMS, Assistant | ) | |
| Corporation Counsel of the City of Peoria, | ) | |
| in Her Individual and Official Capacities, | ) | |
| and the CITY OF PEORIA, | ) | |
| a Political Subdivision of the | ) | |
| State of Illinois, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE
TO DEFENDANTS' MOTION TO DISMISS ON TUESDAY,
OCTOBER 10, 2006 BY AGREEMENT**

Now come the Plaintiffs, BRIMSTONE STEAK, INC., f/k/a BBW, Inc., d/b/a Elliot's Diner, BIG BAD WOLF, INC., by RICHARD L. STEAGALL, their attorney, and moves the court to enter the following order and for such motion:

1. Plaintiffs' response to the defendants' motion to dismiss is due Friday, October 6, 2006.

2. Counsel had a computer glitch in his laptop computer which contained the draft of the response. That glitch required a consultation with a computer software expert to recover the data and determine the problem. That took from the afternoon of October 4 to after work on October 5, 2006 for him to retrieve the computer and data.

3. He diligently worked to complete the response and was near completion in the morning of October 6, 2006. However, he had a mediation conference before the Honorable Stephen Bordner in Lewistown on October 6th at 1:00 p.m. *Bybee v. Smith*, Fulton County, Illinois Case No. 03-L-10.

4. He telephoned defense counsel Randall Ray on October 6th at 10:00 p.m., told him of the problem and Mr. Ray agreed to the filing of the response on the next court day, October 10, 2006. Monday, October 9, 2006 is Columbus Day.

5. He is asking for leave to file the response now to inform the court and enable the filing to be made separately on the order ruling on this motion.

**WHEREFORE,** Plaintiffs, BRIMSTONE STEAK, INC., f/k/a BBW, Inc., d/b/a Elliot's Diner, BIG BAD WOLF, INC., pray the Court enter an Order allowing them leave to file Plaintiffs' Response to Defendants' Motion to Dismiss on Tuesday, October 10, 2006.

Respectfully submitted,

s/Richard L. Steagall
RICHARD L. STEAGALL,
Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on **October 6, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Randall P. Ray
Corporate Counsel
City of Peoria
419 Fulton, Suite 207
Peoria, IL 61602

 

                                          s/Richard L. Steagall
                                          RICHARD L. STEAGALL
                                          Attorney for the Plaintiff
                                          Nicoara & Steagall
                                          Commerce Building
                                          416 Main Street, Suite 815
                                          Peoria, IL 61602
                                          Tel: (309) 674-6085
                                          Fax: (309) 674-6032
                                          nicsteag@mtco.com