E-FILED
Monday, 04 June, 2007   09:46:31 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BRIMSTONE STEAK, INC., ) <br> f/k/a/BBW, Inc. d/b/a/ Elliot's Diner, ) <br> BIG BAD WOLF, INC. ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> DAVID RANSBURG, former Mayor & ) <br> Liquor Commissioner of the City of ) <br> Peoria, in His Individual Capacity, ) <br> ERIC TURNER, Deputy Liquor ) <br> Commissioner of the Cit of Peoria ) <br> in His Individual and Official Capacities ) <br> JIM ARDIS, present Mayor & Liquor ) <br> Commissioner of the City of Peoria, ) <br> in His Individual and Official Capacities, ) <br> SONNI WILLIAMS, Assistant ) <br> Corporation Counsel of the City of Peoria, ) <br> in Her Individual and Official Capacities, ) <br> and the CITY OF PEORIA, ) <br> a Political Subdivision of the ) <br> State of Illinois, ) <br>  ) <br> Defendants. ) | Case No. 06-1187 |

**PLAINTIFFS' MOTION TO STRIKE PORTIONS OF DEFENDANTS'
RESPONSE TO THEIR OBJECTIONS TO MAGISTRATE JUDGE'S
APRIL 16, 2007 REPORT & RECOMMENDATION**

Now come the Plaintiffs, BRIMSTONE STEAK, INC., f/k/a BBW, Inc., d/b/a Elliot's

Diner, BIG BAD WOLF, INC., by RICHARD L. STEAGALL, their attorney, and pursuant to

Rule 12 (f) of the Federal Rules of Civil Procedure, moves the Court to enter an Order striking

the following portions of Defendants' Response to Plaintiffs' Objections to Magistrate Judge's

April 16, 2007 Report & Recommendation, Dckt # 13, for the reasons set forth in the supporting Memorandum filed separately.

1. The contention that the complaint does not state a claim for deprivation of procedural due process because there are adequate post-deprivation state remedies under *Parratt v. Taylor*, 451 U.S. 527, 540, 101 S.Ct. 1908 (1981). This was not made before the Magistrate Judge. PltfsMem:pp.4-6.

2. Any contention that the complaint does not state a claim for deprivation of procedural due process except for the ground of absolute judicial immunity, which was the only ground raised before the Magistrate Judge. PltfsMem:pp.4-6

2. Exhibits 1 & 2 to Defendants' Response, which were not presented to the Magistrate Judge. PltfsMem:pp.4-6.

3. The reference to the City of Peoria Ordinances, Section 3-13 & 18-53 (a)(4) of the City of Peoria Code contained on pages 3 & 4 of Dckt #13. This was not presented to the Magistrate Judge. PltfsMem:pp.6-9

                        Respectfully submitted,

                        s/Richard L. Steagall
                        RICHARD L. STEAGALL,
                        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on **June 4, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Randall P. Ray
Corporate Counsel
City of Peoria
419 Fulton, Suite 207
Peoria, IL 61602

                              s/Richard L. Steagall
                              RICHARD L. STEAGALL

RICHARD L. STEAGALL
Nicoara & Steagall
Commerce Building
416 Main Street, Suite 815
Peoria, IL 61602-1115
Tel: (309) 674-6085
Fax: (309) 674-6032
nicsteag@mtco.com