**E-FILED**
Tuesday, 26 June, 2007  07:23:38 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| BRIMSTONE STEAK, INC.,<br>f/k/a BBW, INC.. d/b/a ELLIOT'S DINER,<br>BIG BAD WOLF, INC. | ) <br> ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | Case No. 06-1187 |
| DAVID RANSBURG, former Mayor &<br>Liquor Commissioner of the City of<br>Peoria, in His Individual Capacity,<br>ERIC TURNER, Deputy Liquor<br>Commissioner of the City of Peoria<br>in His Individual and Official Capacities,<br>JIM ARDIS, present Mayor & Liquor<br>Commissioner of the City of Peoria,<br>in His Individual and Official Capacities,<br>SONNI WILLIAMS, Assistant Corporation<br>Counsel of the City of Peoria, in Her<br>Individual and Official Capacities, and<br>the CITY OF PEORIA, A Political Subdivision<br>of the State of Illinois, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO STRIKE PORTIONS OF DEFENDANTS' RESPONSE TO THEIR OBJECTIONS

Now come Defendants DAVID RANSBURG in his individual capacity, ERIC TURNER in his individual and official capacity, JIM ARDIS in his individual and official capacity, SONNI WILLIAMS in her official capacity (Sonni Williams not having been served with process in her individual capacity.), and the CITY OF PEORIA by their attorney CORPORATION COUNSEL RANDALL RAY, and for their Response to Plaintiffs' Motion to Strike Portions of Defendants' Response to their Objections to Magistrate Judge's April 16, 2007 Report & Recommendation state as follows:

These Defendants are not limited in their Response to Plaintiffs' Objections to Magistrate

Judge's Report & Recommendation to matters originally raised in these Defendants' Motions.

Respectfully submitted,
David Ransburg, Eric Turner, Jim Ardis,
Sonni Williams in her Official Capacity,
and the City of Peoria, Defendants

By____/s/ Randall Ray_____
        Corporation Counsel

CITY OF PEORIA
Office of Corporation Counsel
Randall Ray  #2226
419 Fulton, Suite 207
Peoria, IL  61602
PH:  (309) 494-8592
Fax:  (309) 494-8559
email:  rray@ci.peoria.il.us

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2007, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Richard L. Steagall
Nicorara & Steagalll
416 Main, Suite 815
Peoria, IL  61602-1103
PH:  (309) 674-6084
nicsteag@mtco.com

Gary L. Morris
Attorney at Law
411 Hamilton Blvd., Suite 1512
Peoria, IL  61602
glmorris@sbcglobal.net

/s/ Randall Ray
RANDALL RAY
CORPORATION COUNSEL
Attorney for Defendants