**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| BRIMSTONE STEAK, INC., )<br>f/k/a BBW, INC.. d/b/a ELLIOT'S DINER, )<br>BIG BAD WOLF, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID RANSBURG, former Mayor & )<br>Liquor Commissioner of the City of )<br>Peoria, in His Individual Capacity, )<br>ERIC TURNER, Deputy Liquor )<br>Commissioner of the City of Peoria )<br>in His Individual and Official Capacities, )<br>JIM ARDIS, present Mayor & Liquor )<br>Commissioner of the City of Peoria, )<br>in His Individual and Official Capacities, )<br>SONNI WILLIAMS, Assistant Corporation )<br>Counsel of the City of Peoria, in Her )<br>Individual and Official Capacities, and )<br>the CITY OF PEORIA, A Political Subdivision )<br>of the State of Illinois, )<br>)<br>Defendants. ) | Case No. 06-1187 |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO STRIKE PORTIONS OF DEFENDANTS' RESPONSE TO THEIR OBJECTIONS**

Now come Defendants DAVID RANSBURG in his individual capacity, ERIC TURNER in his individual and official capacity, JIM ARDIS in his individual and official capacity, SONNI WILLIAMS in her official capacity (Sonni Williams not having been served with process in her individual capacity.), and the CITY OF PEORIA by their attorney CORPORATION COUNSEL RANDALL RAY, and for their Memorandum of in Support of Their Response to Plaintiffs' Motion to Strike Portions of Defendants' Response to their Objections to Magistrate Judge's April 16, 2007 Report & Recommendation state as follows:

Neither Rule 72 of the Federal Rules of Civil Procedure nor Local Rule 72.2 limit a party responding to an objection to a Magistrate's decision to matters raised in that party's original pleading. Just as an Appellate Court may affirm a District Court's ruling on any basis finding support in the record, *Dairyland Financial Corp. v. Federal Intermediate Credit Bank*, 852 F.2d 242, 244 (7th Cir. 1988), so, by analogy, may a District Court affirm a Magistrate's ruling on any basis finding support in the record. For that reason, the Magistrate's ruling should be upheld and these Defendants should be allowed to state any basis in law why the Magistrate's decision should be upheld.

        Respectfully submitted,
        David Ransburg, Eric Turner, Jim Ardis,
        Sonni Williams in her Official Capacity,
        and the City of Peoria, Defendants


        By____/s/ Randall Ray_____
               Corporation Counsel

CITY OF PEORIA
Office of Corporation Counsel
Randall Ray  #2226
419 Fulton, Suite 207
Peoria, IL  61602
PH:  (309) 494-8592
Fax:  (309) 494-8559
email:  rray@ci.peoria.il.us

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 26, 2007, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

    Richard L. Steagall
    Nicorara & Steagalll
    416 Main, Suite 815
    Peoria, IL  61602-1103
    PH:  (309) 674-6084
    nicsteag@mtco.com

    Gary L. Morris
    Attorney at Law
    411 Hamilton Blvd., Suite 1512
    Peoria, IL  61602
    glmorris@sbcglobal.net


        /s/ Randall Ray
        RANDALL RAY
        CORPORATION COUNSEL
        Attorney for Defendants