UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BRIMSTONE STEAK, INC., ) <br> f/k/a/BBW, Inc. d/b/a/ Elliot's Diner, ) <br> BIG BAD WOLF, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID RANSBURG, former Mayor & ) <br> Liquor Commissioner of the City of ) <br> Peoria, in His Individual Capacity, ) <br> ERIC TURNER, Deputy Liquor ) <br> Commissioner of the Cit of Peoria ) <br> in His Individual and Official Capacities ) <br> JIM ARDIS, present Mayor & Liquor ) <br> Commissioner of the City of Peoria, ) <br> in His Individual and Official Capacities, ) <br> SONNI WILLIAMS, Assistant ) <br> Corporation Counsel of the City of Peoria, ) <br> in Her Individual and Official Capacities, ) <br> and the CITY OF PEORIA, ) <br> a Political Subdivision of the ) <br> State of Illinois, ) <br> ) <br> Defendants. ) | Case No. 06-1187 |

## DISCOVERY PLAN

Now comes the Plaintiffs, Brimstone Steak, Inc., f/k/a/BBW, Inc. d/b/a/ Elliot's Diner, Big Bad Wolf, Inc., by RICHARD L. STEAGALL, their attorney, and pursuant to Rule 26 (f) of the Federal Rules of Civil Procedure, set forth the following discovery plan.[1]

1.  The plaintiffs have claims over a liquor license and the enforcement of that liquor

---

[1] There were problems in transmitting this document by e-mail to defense counsel Randall Ray. Plaintiff's counsel will complete his discussion with Mr. Ray as soon as possible on the morning of September 19, 2007. He filed it so the 3:00 p.m. conference would be held as scheduled.

license ordinance to premises adjoining an adult use license for denial of procedural due process, First Amendment free speech, and equal protection of the laws. Discovery is required on the City's prior ordinance and licensing scheme, site plans for the Brimstone site, site plans for the Big Al's site which plaintiff claims is similarly situated to the Brimstone property, history of enforcement of liquor licenses and adult uses, and course of events involving the Brimstone property, and on adverse secondary effects in the area from a adult use. Discovery on damages include the loss of profits incurred by plaintiff.

    2.    The parties suggest the following schedule.

| | | |
|---|---|---|
| A. | Initial disclosures due. | November 9, 2007 |
| B. | Written discovery propounded | December 3, 2007 |
| C. | Written discovery responses | January 7, 2008 |
| D. | Non-expert witnesses depositions completed. | October 6, 2008. |
| E. | Plaintiff's expert witness disclosure with reports | October 24, 2008. |
| F. | Deposition of plaintiff's experts completed | December 5, 2008. |
| G. | Defendants' expert witness disclosure and reports | January 12, 2009. |
| H. | Deposition of defendants' experts completed | March 2, 2009. |
| I. | All discovery completed | March 23, 2009. |
| I. | Dispositive motions due | April 20, 2009. |

    3.    A substantial portion of the City of Peoria's records predates use of electronic formatting. The parties know of no electronic discovery issues.

          Respectfully submitted,

          s/ Richard L. Steagall
          RICHARD L. STEAGALL,

## CERTIFICATE OF SERVICE

I hereby certify that on **September 18, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Randall P. Ray
Corporate Counsel
City of Peoria
419 Fulton, Suite 207
Peoria, IL 61602

          s/Richard L. Steagall
          RICHARD L. STEAGALL

RICHARD L. STEAGALL
Nicoara & Steagall
Commerce Building
416 Main Street, Suite 815
Peoria, IL 61602-1115
Tel:  (309) 674-6085
Fax:  (309) 674-6032
nicsteag@mtco.com