**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| BRIMSTONE STEAK, INC., ) <br> f/k/a BBW, INC.. d/b/a ELLIOT'S DINER, ) <br> BIG BAD WOLF, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID RANSBURG, former Mayor & ) <br> Liquor  Commissioner of the City of ) <br> Peoria, in His Individual Capacity, ) <br> ERIC TURNER, Deputy Liquor ) <br> Commissioner of the City of Peoria ) <br> in His Individual and Official Capacities, ) <br> JIM ARDIS, present Mayor & Liquor ) <br> Commissioner of the City of Peoria, ) <br> in His Individual and Official Capacities, ) <br> SONNI WILLIAMS, Assistant Corporation ) <br> Counsel of the City of Peoria, in Her ) <br> Individual and Official Capacities, and ) <br> the CITY OF PEORIA , A Political Subdivision ) <br> of the State of Illinois, ) <br> ) <br> Defendants. ) | Case No. 06-1187 |

## DEFENDANTS' JOINDER IN DISCOVERY PLAN

Now come the remaining Defendants, CITY OF PEORIA and JIM ARDIS, in his official capacity, by their attorney CORPORATION COUNSEL RANDALL RAY, and join in the proposed Discovery Plan filed by the Plaintiff on September 18, 2007.

       Respectfully submitted,
       City of Peoria and  Jim Ardis, in his
       Official Capacity, Defendants


       By_____/s/ Randall Ray_____
             Corporation Counsel

**CERTIFICATE OF SERVICE**

   I hereby certify that on September 19, 2007, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

   Richard L. Steagall
   Nicorara & Steagall
   416 Main, Suite 815
   Peoria, IL  61602-1103
   PH:  (309) 674-6084
   nicsteag@mtco.com

   Gary L. Morris
   Attorney at Law
   411 Hamilton Blvd., Suite 1512
   Peoria, IL  61602
   glmorris@sbcglobal.net


          <u>/s/ Randall Ray</u>
          RANDALL RAY
          CORPORATION COUNSEL
          Attorney for Defendants


CITY OF PEORIA
Office of Corporation Counsel
Randall Ray  #2226
419 Fulton, Suite 207
Peoria, IL  61602
PH:  (309) 494-8592
Fax:  (309) 494-8559
email:  rray@ci.peoria.il.us