E-FILED
Friday, 16 November, 2007  03:10:45 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| BRIMSTONE STEAK, INC., <br> f/k/a BBW, INC.. d/b/a ELLIOT'S DINER, <br> BIG BAD WOLF, INC. | ) <br> ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | Case No. 06-1187 |
| DAVID RANSBURG, former Mayor & <br> Liquor  Commissioner of the City of <br> Peoria, in His Individual Capacity, <br> ERIC TURNER, Deputy Liquor <br> Commissioner of the City of Peoria <br> in His Individual and Official Capacities, <br> JIM ARDIS, present Mayor & Liquor <br> Commissioner of the City of Peoria, <br> in His Individual and Official Capacities, <br> SONNI WILLIAMS, Assistant Corporation <br> Counsel of the City of Peoria, in Her <br> Individual and Official Capacities, and <br> the CITY OF PEORIA , A Political Subdivision <br> of the State of Illinois, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE OF INITIAL DISCLOSURE

I hereby certify that on November 16, 2007, I electronically filed this NOTICE OF

SERVICE OF INITIAL DISCLOSURE with the Clerk of Court using the CM/ECF system,

which will send notification of such filing to the following:

Richard L. Steagall                                   *Attorney for Plaintiff*
Nicoara & Steagall
416 Main St., Suite 815
Peoria, IL 61602-1103
Telephone:  (309) 674-6085
Facsimile:  (309) 674-6032

And I hereby certify that on November 16, 2007, I hand-delivered a true copy of Rule
26(a)(1) Disclosures, along with a copy of this Notice, to the above-listed counsel of
record.

Respectfully submitted,
CITY OF PEORIA, Defendant

By /s/ *Randall Ray*
Randall Ray
Corporation Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.


BY:     /s/ Randall Ray
        Corporation Counsel


CITY OF PEORIA
Office of Corporation Counsel
Randall Ray  #2226
419 Fulton, Suite 207
Peoria, IL  61602
PH:  (309) 494-8592
Fax:  (309) 494-8559
email:  rray@ci.peoria.il.us