UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| BRIMSTONE STEAK, INC.,<br>f/k/a/BBW, Inc. d/b/a/ Elliot's Diner,<br>BIG BAD WOLF, INC. | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Case No. 06-1187 |
| DAVID RANSBURG, former Mayor &<br>Liquor Commissioner of the City of<br>Peoria, in His Individual Capacity,<br>ERIC TURNER, Deputy Liquor<br>Commissioner of the Cit of Peoria<br>in His Individual and Official Capacities<br>JIM ARDIS, present Mayor & Liquor<br>Commissioner of the City of Peoria,<br>in His Individual and Official Capacities,<br>SONNI WILLIAMS, Assistant<br>Corporation Counsel of the City of Peoria,<br>in Her Individual and Official Capacities,<br>and the CITY OF PEORIA,<br>a Political Subdivision of the<br>State of Illinois, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO EXTEND TIME TO AMEND
COMPLAINT AND JOIN ADDITIONAL PARTIES TO
JANUARY 11, 2008 BY AGREEMENT**

Now come the Plaintiffs, BRIMSTONE STEAK, INC., f/k/a BBW, Inc., d/b/a Elliot's Diner, BIG BAD WOLF, INC., by RICHARD L. STEAGALL, their attorney and pursuant to Rule 16 (b) of the Federal Rules of Civil Procedure, move the Court to enter the following Order and for such motion state:

1.   The Scheduling Order sets Monday, December 17, 2007 as the deadline for amendment of the complaint and joinder of any additional parties.

2.	The City of Peoria has on the December 17, 2007 agenda of its City Council consideration of amendment of its liquor ordinances as applied to adult use cabarets. That is the subject of this action.

3.	Plaintiffs' decision on whether to the amend the complaint should be made after the City Council has resolved the matter on its agenda as a different ordinance would likely require an amended complaint to clarify the issues.

4.	Plaintiffs' counsel has discussed this motion for extension with City of Peoria Attorney Randall P. Ray in a telephone conference of December 17, 2007 and he stated he would consent to the extension of the time for amendments to the complaint.

**WHEREFORE,** Plaintiffs, BRIMSTONE STEAK, INC., f/k/a BBW, Inc., d/b/a Elliot's Diner, BIG BAD WOLF, INC., pray the Court enter an Order extending the time for Plaintiffs to Amend Their Complaint and Join Additional Parties to Friday, January 12, 2008.

Respectfully submitted,

s/Richard L. Steagall
RICHARD L. STEAGALL,
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that on **December 17, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Randall P. Ray
Corporate Counsel
City of Peoria
419 Fulton, Suite 207
Peoria, IL 61602


                                                              s/Richard L. Steagall

RICHARD L. STEAGALL
Nicoara & Steagall
Commerce Building
416 Main Street, Suite 815
Peoria, IL 61602-1115
Tel:  (309) 674-6085
Fax:  (309) 674-6032
 nicsteag@mtco.com