UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| BRIMSTONE STEAK, INC., | ) | |
| f/k/a/BBW, Inc. d/b/a/ Elliot's Diner, | ) | |
| BIG BAD WOLF, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-1187 |
| | ) | |
| DAVID RANSBURG, former Mayor & | ) | |
| Liquor Commissioner of the City of | ) | |
| Peoria, in His Individual Capacity, | ) | |
| ERIC TURNER, Deputy Liquor | ) | |
| Commissioner of the City of Peoria, | ) | |
| in His Individual and Official Capacities, | ) | |
| JIM ARDIS, present Mayor & Liquor | ) | |
| Commissioner of the City of Peoria, | ) | |
| in His Individual and Official Capacities, | ) | |
| SONNI WILLIAMS, Assistant | ) | |
| Corporation Counsel of the City of Peoria, | ) | |
| in Her Individual and Official Capacities, | ) | |
| and the CITY OF PEORIA, | ) | |
| a Political Subdivision of the | ) | |
| State of Illinois, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO EXTEND TIME TO AMEND
COMPLAINT AND JOIN ADDITIONAL PARTIES TO
FEBRUARY 13, 2008 BY AGREEMENT**

Now come the Plaintiffs, BRIMSTONE STEAK, INC., f/k/a BBW, Inc., d/b/a Elliot's Diner, BIG BAD WOLF, INC., by RICHARD L. STEAGALL, their attorney, and moves the court to enter the following order and for such motion:

1.    This is Plaintiffs's second motion for extension of time to file an amended complaint. The first motion filed on December 17, 2007 sought an extension to file an amended complaint, which the court granted to January 11, 2008.

3. The reason for the extension was there was on the December 17, 2007 agenda of the Peoria City Council consideration of amendment of its liquor ordinances as applied to adult use cabarets. That is the subject of this action.

4. Two members of the City Council were required to exercise a recusal from the vote and two other members of the City of Council were absent from the December 17, 2007 meeting, which was the last meeting before the Christmas/New Year holiday. The City Council voted to delay a vote on the proposed amendment to next amendment.

5. The next meeting of the City Council was on January 8, 2008. The City Council passed an amendment to its liquor ordinances that allows a liquor license to be granted at the adult cabaret that is the subject of this lawsuit.

   A. That would bring an end to plaintiffs' lost profits after a liquor license is obtained and the adult cabaret begins operation with a liquor license.

   B. There is also the matter of plaintiffs' out of pocket costs that were incurred during the effective dates of the prior version of the ordinance.

   C. The present claim for an injunction needs to be modified to reflect the new ordinance.

   D. Additional time is also appropriate to give the parties time to consider whether a settlement of the remaining matters in this action is appropriate. Plaintiffs' counsel has received nothing of substance from the City, but he was informed of the proposed ordinance and did discuss the effects on this action. Settlement is now a subject that is appropriate for discussion.

6. Plaintiffs' counsel has a long scheduled ski vacation to St. Anton, Austria with side trip to Lisbon, Portugal departing on Friday, January 11, 2008 and returning to the office on January 28, 2008. He asks the court grant him until February 13, 2008 in which to file an

amended complaint.[1]

7.   He has discussed this motion with defense counsel, City of Peoria Corporation Counsel Randall Ray, in a telephone conference of January 8, 2008 and Mr. Ray informed him he had no objection to the extension of time.

**WHEREFORE,** Plaintiffs, BRIMSTONE STEAK, INC., f/k/a BBW, Inc., d/b/a Elliot's Diner, BIG BAD WOLF, INC., pray the Court enter an Order extending the time for Plaintiffs to file an Amended Complaint to and including February 13, 2008.

Respectfully submitted,

s/Richard L. Steagall
RICHARD L. STEAGALL,
Attorney for the Plaintiffs

---

[1] He has chosen Wednesday, February 13, 2008 as he has an oral argument before the Seventh Circuit on Thursday, February 14, 2008 and he will complete the substance of the amended complaint before he departs for Chicago on the evening of February 12th.

**CERTIFICATE OF SERVICE**

      I hereby certify that on **January 9, 2008**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Randall P. Ray
Corporation Counsel
City of Peoria
419 Fulton, Suite 207
Peoria, IL 61602
Tel: 309-494-8590
Fax: 309-494-8559
Email: Rray@ci.peoria.il.us

                                          s/Richard L. Steagall

| | |
|---|---|
| RICHARD L. STEAGALL | GARY L. MORRIS |
| Nicoara & Steagall | Attorney at Law |
| Commerce Building | 411 Hamilton Blvd, Suite 1512 |
| 416 Main Street, Suite 815 | Peoria, IL 61602 |
| Peoria, IL 61602 | Tel: 309-676-1594 |
| Tel: (309) 674-6085 | Fax: 309-676-7943 |
| Fax: (309) 674-6032 | Email: glmorris@sbcglobal.net |
| E-mail: nicsteag@mtco.com | |