✎AO 458 (Rev. 10/95)   Appearance

**E-FILED**
Friday, 07 March, 2008   11:49:53 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| Date | Signature |
|------|-----------|
|      | Print Name                                    Bar Number |
|      | Address |
|      | City            State            Zip Code |
|      | Phone Number                                  Fax Number |

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2008, I electronically filed the foregoing Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to glmorris@sbcglobal.net; rray@ci.peoria.il.us; kcannaday@ci.peoria.il.us; nicsteag@mtco.com; steagall@mtco.com.

                                        /s/ Thomas G. DiCianni
                                        Thomas G. DiCianni
                                        Attorney for Defendants
                                        Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C.
                                        140 South Dearborn, 6th Floor
                                        Chicago, Illinois 60603
                                        (312) 782-8606
                                        tdicianni@ancelglink.com