E-FILED
Monday, 10 March, 2008  02:58:35 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BRIMSTONE STEAK, INC., <br> f/k/a BBW, INC., d/b/a ELLIOT'S DINER, <br> BIG BAD WOLF, INC., <br><br> Plaintiff, <br><br> v. <br><br> JIM ARDIS, present Mayor & Liquor <br> Commissioner of the City of Peoria, <br> in His Individual and Official Capacities, <br> and the CITY OF PEORIA, a Political Subdivision <br> of the State of Illinois, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 06-1187 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR EXTENSION OF TIME**

NOW COME Defendants JIM ARDIS and CITY OF PEORIA, ILLINOIS, by their attorney CORPORATION COUNSEL RANDALL RAY, and move for an Extension of Time in Which to Respond to Plaintiff's Amended Complaint and, in support of said Motion, Defendants' state as follows:

1.   Attorney for the Defendants has checked with the attorney for the Plaintiff and he has no objection to this Motion.

2.   Defendants are in the process of retaining attorneys and an additional three (3) weeks is needed in order for them to have sufficient time to review all matters necessary to respond.

3.   It is unlikely that this extension will delay the proceedings in this matter.

WHEREFORE, Defendants pray that this court grant an extension of an additional three (3) weeks to respond to the Plaintiff's Amended Complaint, or until March 31, 2008.

Respectfully submitted,
Jim Ardis,
and the City of Peoria, Defendants


By_____/s/ Randall Ray_____
         Corporation Counsel




CITY OF PEORIA
Office of Corporation Counsel
Randall Ray  #2226
419 Fulton, Suite 207
Peoria, IL  61602
PH:  (309) 494-8592
Fax:  (309) 494-8559
email:  rray@ci.peoria.il.us

## CERTIFICATE OF SERVICE

    I hereby certify that on March 10, 2008, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

>Richard L. Steagall
>Nicora & Steagalll
>416 Main, Suite 815
>Peoria, IL  61602-1103
>PH:  (309) 674-6084
>nicsteag@mtco.com
>
>Gary L. Morris
>Attorney at Law
>411 Hamilton Blvd., Suite 1512
>Peoria, IL  61602
>glmorris@sbcglobal.net
>
>Randall Ray  #2226
>Corporation Counsel City of Peoria
>419 Fulton, Suite 207
>Peoria, IL  61602
>PH:  (309) 494-8592
>Fax:  (309) 494-8559
>rray@ci.peoria.il.us

>    /s/ Randall Ray
>RANDALL RAY
>CORPORATION COUNSEL
>Attorney for Defendants