AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |

BRIMSTONE STEAK, INC., f/k/a BBW, Inc., d/b/a
Elliot's Diner, BIG BAD WOLF, INC.,
            Plaintiff,

v.

JIM ARDIS, present Mayor & Liquor Commissioner of the City of Peoria, in His Individual and Official Capacities, and the CITY OF PEORIA, a Political Subdivision of the State of Illinois,
            Defendants.

**APPEARANCE**

Case Number: 06-1187

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for

   JIM ARDIS and CITY OF PEORIA

I certify that I am admitted to practice in this court.

| 3/27/2008 | /s/ Gregory S. Mathews |
|---|---|
| Date | Signature |
| | Gregory S. Mathews — 3127427 |
| | Print Name / Bar Number |
| | 140 South Dearborn Street, Sixth Floor |
| | Address |
| | Chicago, IL 60603 |
| | City / State / Zip Code |
| | (312) 782-7606 / (312) 782-0943 |
| | Phone Number / Fax Number |

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on March 27, 2008, the foregoing **Appearance** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following: Gary L. Morris at glmorris@sbcglobal.net; Randall Ray at rray@ci.peoria.il.us; and Richard L. Steagall at nicseag@mtco.com.

s/ Gregory S. Mathews
GREGORY S. MATHEWS, Attorney Bar # 3127427
One of the attorneys for Defendants

**ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.**
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
Telephone:   (312) 782-7606
Facsimile:   (312) 782-0943
E-Mail:      gmathews@ancelglink.com