E-FILED
Friday, 18 April, 2008 04:59:24 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BRIMSTONE STEAK, INC., )<br>f/k/a/BBW, Inc. d/b/a/ Elliot's Diner, )<br>BIG BAD WOLF, INC. )<br> )<br>Plaintiffs, )<br>     v. )<br> )<br>JIM ARDIS, present Mayor & Liquor )<br>Commissioner of the City of Peoria, )<br>in His Individual and Official Capacities, )<br>and the CITY OF PEORIA, a Political )<br>Subdivision of the State of Illinois, )<br> )<br>Defendants. ) | Case No. 06-1187 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANTS' MOTION TO DISMISS TO TUESDAY,
APRIL 22, 2008 BY CONSENT**

Now come the Plaintiffs, BRIMSTONE STEAK, INC., f/k/a BBW, Inc. d/b/a Elliot's Diner, BIG BAD WOLF, INC., by RICHARD L. STEAGALL, and move the Court to enter the following Order:

1. Plaintiffs seek an extension of time.

2. Plaintiffs' counsel has discussed an extension of time to respond to the Defendants' Motion to Dismiss Amended Complaint with defense counsel, Randall P. Ray, in a telephone conference of April 18, 2008. Mr. Ray indicated he consented to the extension sought.

**WHEREFORE**, BRIMSTONE STEAK, INC., f/k/a BBW, Inc.d/b/a Elliot's Diner, BIG BAD WOLF, INC., prays the Court enter an Order extending the time for Plaintiffs' Response to Defendants' Motion to Dismiss Amended Complaint to Tuesday, April 22, 2008.

Respectfully submitted,

s/ Richard L. Steagall
RICHARD L. STEAGALL,
Attorney for the Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 18, 2008**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Randall P. Ray
Corporation Counsel
City of Peoria
419 Fulton, Suite 207
Peoria, IL 61602
Tel: 309-494-8590
Fax: 309-494-8559
Email: Rray@ci.peoria.il.us

Mr. Thomas G DiCianni
Ancel Glink Diamond Bush Dicianni & Krafthefer PC
140 S Dearborn Street, Suite 600
Chicago, IL 60603
Tel: 312-782-7606
Fax: 312-782-0943
Email: tdicianni@ancelglink.com

Mr. Gregory S Mathews
Ancel Glink Diamond Bush Dicianni & Krafthefer PC
140 S Dearborn Street, Suite 600
Chicago, IL 60603
Tel: 312-782-7606
Fax: 312-782-0943
Email: gmathews@ancelglink.com

                     s/ Richard L. Steagall
                     RICHARD L. STEAGALL

| | |
|---|---|
| RICHARD L. STEAGALL | GARY L. MORRIS |
| Nicoara & Steagall | Attorney at Law |
| 416 Main Street, Suite 815 | 411 Hamilton Boulevard, Suite 1512 |
| Commerce Building | Peoria, IL 61602 |
| Peoria, IL 61602-1103 | Tel 309-676-1594 |
| Tel 309-674-6085 | Fax 309-676-7943 |
| Fax 309-674-6032 | |
| E-mail: nicsteag@mtco.com | E-mail:glmorris@sbcglobal.net |