UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| BRIMSTONE STEAK, INC., | ) | |
| f/k/a/BBW, Inc. d/b/a/ Elliot's Diner, | ) | |
| BIG BAD WOLF, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-1187 |
| | ) | Judge Michael Mihm |
| DAVID RANSBURG, former Mayor & | ) | Magistrate Judge Cudmore |
| Liquor Commissioner of the City of | ) | |
| Peoria, in His Individual Capacity, | ) | |
| ERIC TURNER, Deputy Liquor | ) | |
| Commissioner of the City of Peoria, | ) | |
| in His Individual and Official Capacities, | ) | |
| JIM ARDIS, present Mayor & Liquor | ) | |
| Commissioner of the City of Peoria, | ) | |
| in His Individual and Official Capacities, | ) | |
| SONNI WILLIAMS, Assistant | ) | |
| Corporation Counsel of the City of Peoria, | ) | |
| in Her Individual and Official Capacities, | ) | |
| and the CITY OF PEORIA, | ) | |
| a Political Subdivision of the | ) | |
| State of Illinois, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR JOINDER OF ELLIOTT'S BBW, INC.
AS AN ADDITIONAL PARTY PLAINTIFF BY CONSENT**

Now come the Plaintiffs, BRIMSTONE STEAK, INC., f/k/a/BBW, Inc. d/b/a/ Elliot's Diner, and BIG BAD WOLF, INC. by RICHARD L. STEAGALL, their attorney, and pursuant to Rule 19 (a)of the Federal Rules of Civil Procedure, moves the Court as follows:

1. The parties have reached a settlement of all disputes after mediation with Magistrate Judge Cudmore.

2.   The Settlement Agreement provides that the directors, officers, and shareholders have formed a new corporation, Elliott's BBW, Inc., as a successor to take over the operations of Brimstone Steak, Inc. and Big Bad Wolf, Inc., which will be dissolved after the completion of the Settlement Agreement.  Elliott's BBW, Inc. is a party to the Settlement Agreement and subject to its terms.  The Consent Decree proposed by the parties as a part of the Settlement Agreement includes joinder of Elliott's BBW, Inc. as an additional party plaintiff.

3.   Elliott's BBW, Inc. is a necessary party plaintiff to this action in that the controversy and any disputes that may arise over the Settlement Agreement can not be adjudicated without its joinder.  The court has original jurisdiction over this action under the Civil Rights Act of 1871, 42 U.S.C. § 1983 under 28 U.S.C. § 1343 (a)(4).  The court has original jurisdiction over the action which is not affected by joinder of the newly formed corporation as an additional party plaintiff.

4.   The proposed Consent Decree and the Settlement Agreement contemplate joinder of Elliott's BBW, Inc.  Plaintiffs are filing this as a consent motion.

**WHEREFORE,** BRIMSTONE STEAK, INC., f/k/a/BBW, Inc. d/b/a/ Elliot's Diner, and BIG BAD WOLF, INC., pray the Court enter an Order joining ELLIOTT'S BBW, INC. as and additional party plaintiff as provided in the Consent Decree presented to this court on the Joint Motion of the parties.

Respectfully submitted,

s/Richard L. Steagall
RICHARD L. STEAGALL
Nicoara & Steagall
Commerce Building
416 Main Street, Suite 815
Peoria, IL 61602
Tel: (309) 674-6085
Fax: (309) 674-6032
nicsteag@mtco.com
Attorney for the Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that on **July 9, 2008**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Randall P. Ray
Corporation Counsel
City of Peoria
419 Fulton, Suite 207
Peoria, IL 61602
Tel: 309-494-8590
Fax: 309-494-8559
Email: Rray@ci.peoria.il.us

Mr. Paul N. Keller
Ancel Glink Diamond Bush
Dicianni & Krafthefer PC
140 S Dearborn Street, Suite 600
Chicago , IL 60603
Tel: 312-782-7606
Fax: 312-782-0943
E-mail  pkeller@ancelglink.com

                                                s/ Richard L. Steagall
                                                RICHARD L. STEAGALL

| | |
|---|---|
| RICHARD L. STEAGALL | GARY L. MORRIS |
| Nicoara & Steagall | Attorney at Law |
| 416 Main Street, Suite 815 | 411 Hamilton Boulevard, Suite 1512 |
| Commerce Building | Peoria, IL 61602 |
| Peoria, IL 61602-1103 | Tel: (309) 676-1594 |
| Tel: (309) 674-6085 | Fax: (309) 676-7943 |
| Fax: (309) 674-6032 | E-mail:glmorris@sbcglobal.net |
| E-mail: nicsteag@mtco.com | |