1:06-cv-01187-MMM-BGC    # 38    Page 1 of 3
1:06-cv-01187-MMM-BGC    # 37-3    Page 1 of 3

E-FILED
Friday, 01 August, 2008 04:40:54 PM
Clerk, U.S. District Court, ILCD
E-FILED
Thursday, 31 July, 2008 04:50:56 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
AUG - 1 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIMSTONE STEAK, INC., f/k/a/BBW, Inc. d/b/a/ Elliot's Diner, BIG BAD WOLF, INC.<br><br>Plaintiff,<br><br>v.<br><br>DAVID RANSBURG, former Mayor & Liquor Commissioner of the City of Peoria, in His Individual Capacity, ERIC TURNER, Deputy Liquor Commissioner of the City of Peoria in His Individual and Official Capacities JIM ARDIS, present Mayor & Liquor Commissioner of the City of Peoria, in His Individual and Official Capacities, SONNI WILLIAMS, Assistant Corporation Counsel of the City of Peoria, in Her Individual and Official Capacities, and the CITY OF PEORIA, a Political Subdivision of the State of Illinois,<br><br>Defendants. | Case No. 06-1187<br>Judge Michael Mihm<br>Magistrate Judge Byron R. Cudmore |

## CONSENT DECREE

This matter has come before the Court on the Joint Motion for Entry of Consent Decree with the Settlement Agreement entered into by the parties attached as an Exhibit. The Court has the Joint Motion and the Settlement Agreement finds:

1. The parties through mediation conducted by Magistrate Judge Byron Cudmore have reached a settlement of the disputes between them.

2. The officers, directors, and shareholders of the plaintiff corporations, Brimstone Steak, Inc. and Big Bad Wolf, Inc., have formed a successor corporation, Elliott's

    BBW, Inc., which is a party to the Settlement Agreement and will succeed to the interests of the plaintiff corporations.

3. It is necessary that Elliott's BBW be a party to this action for enforcement of the Settlement Agreement. Plaintiff has filed a consent motion for joinder of Elliott's BBW, Inc. as a party plaintiff. Joinder of Elliott's BBW is appropriate under Rule 19 (a) of the Federal Rules of Civil Procedure, which requires joinder of all parties necessary to providing complete relief.

4. The Settlement Agreement should be approved and the Consent Decree that is a part of that agreement entered obligating the parties to certain conduct in the future should be entered. The court will retain jurisdiction to enforce the terms of the Settlement Agreement and Consent Decree. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 114 S.Ct. 1673 (1994)

IT IS THEREFORE ORDERED:

1. The Settlement Agreement entered into by the parties is approved.

2. The Consent Motion to Join Elliott's BBW, Inc. as a party plaintiff is granted. The Clerk shall make the necessary changes to the docket to reflect Elliott's BBW, Inc. is joined as a party plaintiff in this action.

3. The City of Peoria will forthwith issue site approval for the north side of the property, 7807 North University, Peoria, IL 61614, and, upon receipt of an application, will issue a Class A liquor license with a Subclass (1a) and Subclass (2) endorsement (closing hours of 1:00 a.m. Monday-Wednesday and 2:00 a.m. Thursday-Saturday) to Elliott's BBW. Plaintiffs will forthwith move for dismissal of the action now pending on motion for reconsideration before the Illinois Liquor Control Commission, *Brimstone Steak, Inc. v City of Peoria,* Case No. 07-SA-12.

4.   The parties are directed to promptly perform the obligations imposed on them under the Settlement Agreement.

5.   This action is dismissed with prejudice subject to the court's retention of jurisdiction to enforce the obligations of the parties to be performed in the future that are a part of the Settlement Agreement should any dispute arise. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 114 S.Ct. 1673 (1994).

ENTER: August 1, 2008

s/ Michael M. Mihm
MICHAEL M. MIHM
United States District Judge

3