AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

FILED
AUG - 4 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**BRIMSTONE STEAK, INC f/k/a**
**BBW, Inc d/b/a ELLIOT'S DINER,**
**BIG BAD WOLF, INC.,;**
**ELLIOTT'S BBW, Inc.**

vs.

Case Number: **06-1187**

**DAVID RANDSBURG**, Former Mayor & Liquor
Commissioner of the City of Peoria, in his Individual Capacity;
**ERIC TURNER**, Deputy Liquor Commissioner of the City of
Peoria, in his individual & official capacity;
**JIM ARDIS**, present Mayor and Liquor Commissioner of the
City of Peoria, in his individual & official capacity;
**SONNI WILLIAMS**, Asst Corporation Counsel of the City of Peoria,
in her individual & official capacity;
**CITY OF PEORIA**, a political subdivision of the State of Illinois

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that on 8/16/07 Defendants David Ransburg, Eric Turner and Sonni Williams were dismissed. Further on 8/1/8 this action is dismissed with prejudice (CONSENT JUDGMENT) subject to the Court's retention of jurisdiction to enforce the obligations of the parties. City of Peoria will forthwith issue site approval for the north side of the property, 7808 N. University, Peoria, IL 61614, and, upon receipt of an application, will issue a Class A liquor license with a Subclass (1a) and Subclass (2) endorsement (closing hours of 100am Monday-Wednesday and 2:00am Thursday-Saturday) to Elliott's BBW.

                              ENTER this 4th day of August, 2008.
                              s/Pamela Robinson

                              PAMELA E. ROBINSON, CLERK


                              s/H. Kallister
                              BY: DEPUTY CLERK